UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. <u>03-1956</u>

United States of America

v.

Christopher Wendell Hartman

(W.D. Pa. No. 02-cr-00015-4E)

### ORDER

On May 23, 2005, the United States Supreme Court remanded the above-captioned appeal in light of <u>United States v. Booker</u>, 543 U.S. ---, 125 S. Ct. 738 (2005). Accordingly, the mandate issued on November 30, 2004 in this appeal is hereby recalled.



**A True Copy:**

Marcia M. Waldron, Clerk

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: July 21, 2005

ARL/cc: ABC; PMT