IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 02-15 Erie |
| | ) |
| CHRISTOPHER WENDELL HARTMAN | ) |
| a/k/a Chris | ) |

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Christopher Wendell Hartman, 20096-068, Year of Birth: 1974, Caucasian, Male.

2. Detained by: FCI Miami, 15801 S.W. 137th Avenue, Miami, Florida 33177.

3. Detainee has been sentenced in this district for violation of Title 21, United States Code, Section 846, and is presently in federal custody at FCI Miami, Miami, Florida.

4. The above case is set for resentencing at Erie, Pennsylvania on May 16, 2006, at 3:30 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

5. The Warden of FCI Miami, Miami, Florida has no objection to the granting of this petition.

s/Marshall J. Piccinini
MARSHALL J. PICCININI
Assistant U.S. Attorney
PA ID No. 56362

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

3/15/06
DATE

Maurice B. Cohill, Jr.
SENIOR UNITED STATES DISTRICT JUDGE

cc: United States Attorney