# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
)
)
vs. ) CR 02-15Erie
Christopher Wendell Hartman )
)
)
Defendants )

**HEARING ON** Re-sentencing

Before Judge Maurice B. Cohill, Jr.

Marshall Piccinini, AUSA        Adam B. Cogan, Esq.

Appear for Plaintiff        Appear for Defendant

Hearing Begun 3:45  5/16/06        Hrg Adjourned to —

Hrg concluded C.A.V. 4:00  5/16/06        Stenographer Karen Earley

**WITNESSES**
For Plaintiff        For Defendant

Δ re-sentenced to 65 mo. imprisonment. All other conditions of original sentence to remain in full force and effect.