IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 02-15E |
| | ) | |
| CHRISTOPHER WENDELL HARTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 22nd day of May, 2006, upon consideration of the Government's Motion Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure (document No. 552) filed in the above captioned matter on May 16, 2006,

IT IS HEREBY ORDERED that the sentence imposed on defendant Christopher Wendell Hartman on March 26, 2003, is REDUCED to a term of imprisonment of sixty-five (65) months. IT IS FURTHER ORDERED that in all other respects, the sentence imposed by the Court on March 26, 2003 shall remain in FULL FORCE AND EFFECT.

_Maurice B. Cohill, Jr._
United States District Judge

```
cc/ecf:    Asst. U.S. Atty. Marshall Piccinini

           Adam B. Cogan, Esquire

           Christopher Wendell Hartman c/o Adam B. Cogan, Esquire

           United States Marshal's Office

           Probation Office

           Designation & Sentence Computation Center
           Federal Bureau of Prisons
           346 Marine Forces Drive
           Grand Prairie, TX 75051

           United States Sentencing Commission
           One Columbus Circle, N.E., Suite 2-500
           Washington, D.C. 20002-8002
           Attn.: Document Control - Monitoring
```